# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANTHONY STOKES                                                                  PLAINTIFF

v.                         Case No. 4:17-cv-00684-KGB

UNION PACIFIC RAILROAD                                       DEFENDANT

## ORDER

Before the Court is plaintiff Anthony Stokes's motion to dismiss (Dkt. No. 20). In the motion, Mr. Stokes represents that he has settled his claims against defendant Union Pacific Railroad, and he requests that the Court dismiss this matter with prejudice (*Id.*, ¶ 1). For good cause shown, the Court grants the motion and dismisses with prejudice this case.

So ordered this 6th day of April, 2020.

_____
Kristine G. Baker
United States District Judge